FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JUN 17  PM 4: 03

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

NOLAN LEE AL-JADDOU,

                Defendant.

8:20CR119

INDICTMENT
18 U.S.C. § 875(c)

The Grand Jury charges that

## COUNT I

On or about the 25th day of March, 2020, in the District of Nebraska and elsewhere, the defendant, NOLAN LEE AL-JADDOU, knowingly and willfully did transmit in interstate commerce from the State of Iowa to the State of Nebraska, a communication, to wit: a cellular telephone call to Victim 1, whose identity is known to the Grand Jury, and the communication contained a threat to injure others, specifically that, "I'm going to show up to your mosque and kill everyone with an AK-47 assault rifle" and "I'm going to kill and decapitate you all," and "I'm gonna blow all your f------ heads off with an AK-47 assault rifle, and you're not going to be able to avoid it."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

LESLEY WOODS, TX #24092092
Assistant U.S. Attorney

2