IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NOLAN LEE AL-JADDOU,<br><br>　　　　　　　　Defendant. | 8:20CR119<br><br>ORDER |

　　　　This matter is before the Court on the motion to withdraw as attorney. Filing No. 69. The Federal Public Defender's Office was appointed for the sole purpose of exploring a potential reduction of sentence pursuant to Amendment 821 to the U.S. Sentencing Guidelines. Upon review, the defendant does not qualify for a sentence reduction pursuant to Amendment 821. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The motion to withdraw, Filing No. 69, is granted.

　　　　2.　　David Stickman and the Office of the Federal Public Defender are deemed withdrawn from further representation as to defendant Nolan Lee Al-Jaddou.

　　　　Dated this 1st day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge