IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NOLAN LEE AL-JADDOU,<br><br>      Defendant. | 8:20CR119<br><br>ORDER |

Defendant, Nolan Lee Al-Jaddou, has requested early termination of supervised release.

Al-Jaddou was convicted of transmission of an interstate communication containing a threat to injure another person in violation of 18 U.S.C. § 875(c).  Filing No. 48.  He was sentenced to time served and a term of supervised release of three years on January 30, 2023.  Filing No. 62.  During his time on supervision, Al-Jaddou has been compliant and creatively engaged, but has expressed a desire to discontinue the majority of his antipsychotic medications, including seeking a second psychiatric opinion as recently as September 2024.  The Court applauds Mr. Al-Jaddou's compliance while on supervision but remains concerned about his ability to follow his medical regimen while off supervision.  Accordingly, the Court denies the request for early termination of supervised release.

Dated this 5th day of December, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge